McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
ELLINOR R. CODER, CA SBN 258258
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8955
Facsimile: (415) 744-0134
E-Mail: Ellinor.Coder@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| LUCINDA MARISSE MARTINEZ,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>Defendant. | Case No. 1:20-cv-00439-DAD-GSA<br><br>**MOTION FOR WAIVER OF REQUIREMENT FOR DEFENDANT TO DELIVER PAPER COPY OF ADMINISTRATIVE RECORD TO COURT; ORDER**<br><br>(Doc. 15) |

Defendant moves for waiver of the Court's requirement to produce a hard copy of the certified administrative record (Dkt. 7 at 1). Due to the COVID-19 health emergency, Defendant is presently unable to produce a hard copy of the record to comply with the Scheduling Order. Accordingly, the Commissioner respectfully requests that the Court excuse him from this requirement.

                                                           Respectfully submitted,

Dated: November 9, 2020

                                                           McGREGOR W. SCOTT
                                                           United States Attorney
                                                           DEBORAH LEE STACHEL

```
                                        Regional Chief Counsel, Region IX
                                        Social Security Administration


                                   By:  /s/ Ellinor R. Coder
                                        ELLINOR R. CODER
                                        Special Assistant U.S. Attorney

                                        Attorneys for Defendant
```

IT IS SO ORDERED.

   Dated:  **November 9, 2020**                **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE