1
2
3
4
5
6
7

Jonathan O. Peña, Esq.
CA Bar ID No.: 278044
Peña & Bromberg, PLC
2440 Tulare St., Ste. 320
Fresno, CA 93721
Telephone: 559-439-9700
Facsimile: 559-439-9723
Email: info@jonathanpena.com
Attorney for Plaintiff, Lucinda Marisse Martinez

8

9
10
11

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

12

Lucinda Marisse Martinez,

Case No.  1:20-cv-00439-GSA

13

Plaintiff,

14

v.

15

16
17

Kilolo Kijakazi, Acting
Commissioner of Social Security,

**STIPULATION FOR THE AWARD
AND PAYMENT OF ATTORNEY
FEES AND EXPENSES PURSUANT
TO THE EQUAL ACCESS TO
JUSTICE ACT; ORDER**

18

Defendant.

19    IT IS HEREBY STIPULATED by and between the parties through their

20  undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded

21  attorney fees and expenses in the amount of SIX THOUSAND FIVE-HUNDRED

22  DOLLARS AND 00/100 ($6,500.00) under the Equal Access to Justice Act (EAJA), 28

23  U.S.C. § 2412(d). This amount represents compensation for all legal services rendered

24  on behalf of Plaintiff by counsel in connection with this civil action, in accordance with

25  28 U.S.C. § 2412(d).

26    After the Court issues an order for EAJA fees to Plaintiff, the government will

27  consider the matter of Plaintiff's assignment of EAJA fees to counsel.  Pursuant to

28

1  *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability

2  to honor the assignment will depend on whether the fees are subject to any offset

3  allowed under the United States Department of the Treasury's Offset Program.  After

4  the order for EAJA fees is entered, the government will determine whether they are

5  subject to any offset.

6        Fees shall be made payable to Plaintiff, but if the Department of the Treasury

7  determines that Plaintiff does not owe a federal debt, then the government shall cause

8  the payment of fees, expenses and costs to be made directly to Counsel, pursuant to

9  the assignment executed by Plaintiff.  Any payments made shall be delivered to

10 Plaintiff's counsel, Jonathan O. Peña.

11       This stipulation constitutes a compromise settlement of Plaintiff's request for

12 EAJA attorney fees, and does not constitute an admission of liability on the part of

13 Defendant under the EAJA or otherwise.  Payment of the agreed amount shall

14 constitute a complete release from, and bar to, any and all claims that Plaintiff and/or

15 Counsel including Counsel's firm may have relating to EAJA attorney fees in

16 connection with this action.

17       This award is without prejudice to the rights of Counsel and/or Counsel's firm

18 to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the

19 savings clause provisions of the EAJA.

20                    Respectfully submitted,

21

22 Dated: September 22, 2021      /s/ *Jonathan O. Peña*

23                    JONATHAN O. PEÑA

24                    Attorney for Plaintiff

25 Dated: September 22, 2021      PHILLIP A. TALBERT

26                    Acting United States Attorney

27                    DEBORAH LEE STACHEL

28                    Regional Chief Counsel, Region IX

1

Social Security Administration

2

By:  _*_ *Ellinor R. Coder*
Ellinor R. Coder
Special Assistant U.S. Attorney
Attorneys for Defendant
(*Permission to use electronic signature
obtained via email on  September 22, 2021).

3

4

5

6

7

8

IT IS SO ORDERED.

9

Dated:    **September 22, 2021**                              **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

1
2

## ORDER

3      Based upon the parties' Stipulation for the Award and Payment of Equal Access

4  to Justice Act Fees and Expenses (the "Stipulation"),

5

6      **IT IS ORDERED** that fees and expenses in the amount of SIX THOUSAND

7  FIVE-HUNDRED DOLLARS AND 00/100 ($6,500.00) as authorized by the Equal

8  Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), be awarded subject to the terms of

9
   the Stipulation.
10

11  IT IS SO ORDERED.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28